IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CARTER,<br>  Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>  Defendants. | § § § § § § § § § § | No. 1:10-cv-00260-GCS-EPD |
| COLETTE CAVINS,<br>  Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>  Defendants. | § § § § § § § § § § | No. 1:10-cv-00261-GCS-EPD |
| PAMELA ROX-LADRIGAN,<br>  Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>  Defendants. | § § § § § § § § § § | No. 1:10-cv-00262-GCS-EPD |
| BONNIE COCKRELL,<br>  Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>  Defendants. | § § § § § § § § § § | No. 1:10-cv-00264-GCS-EPD |

| | |
|---|---|
| BRANDON JOHNS,<br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>    Defendants. | § § § § § § § § § | No. 2:10-cv-00353-GCS-EPD |
| WILLIAM JOHNS,<br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>    Defendants. | § § § § § § § § § § | No. 2:10-cv-00354-GCS-EPD |
| RICHARD BAYUS,<br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>    Defendants. | § § § § § § § § § § | No. 2:10-cv-00355-GCS-EPD |
| KENNETH PURDY,<br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>    Defendants. | § § § § § § § § § § | No. 2:10-cv-00356-GCS-EPD |

| | |
|---|---|
| JOHN MANGIA,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | No. 2:10-cv-00362-GCS-EPD |
| CYNDE FANNIN,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | No. 2:10-cv-00363-GCS-EPD |
| JOSEPH HIGHFILL,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | No. 2:10-cv-00364-GCS-EPD |
| LORI KELLEY,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | No. 2:10-cv-00365-GCS-EPD |

| ARICA PRICE, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| | § | No. 2:10-cv-00366-GCS-EPD |
| | § | |
| v. | § | |
| | § | |
| DOLGENCORP, INC., et al., | § | |
| Defendants. | § | |

| DENNIS KOEHLER, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| | § | No. 2:10-cv-00367-GCS-EPD |
| | § | |
| v. | § | |
| | § | |
| DOLGENCORP, INC., et al., | § | |
| Defendants. | § | |

| CHERYL BISS, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| | § | No. 2:10-cv-00368-GCS-EPD |
| | § | |
| v. | § | |
| | § | |
| DOLGENCORP, INC., et al., | § | |
| Defendants. | § | |

| TERESA BURGESS, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| | § | No. 2:10-cv-00369-GCS-EPD |
| | § | |
| v. | § | |
| | § | |
| DOLGENCORP, INC., et al., | § | |
| Defendants. | § | |

| TERESA ALLOWAY, | § | |
| --- | --- | --- |
| Plaintiff, | § § § § | No. 2:10-cv-00370-GCS-EPD |
| v. | § § | |
| DOLGENCORP, INC., et al., Defendants. | § § § | |

| KRISTIE WAGNER, | § | |
| --- | --- | --- |
| Plaintiff, | § § § § | No. 2:10-cv-00371-GCS-EPD |
| v. | § § | |
| DOLGENCORP, INC., et al., Defendants. | § § § | |

| ANTHONY REDA, | § | |
| --- | --- | --- |
| Plaintiff, | § § § § | No. 2:10-cv-00372-GCS-EPD |
| v. | § § | |
| DOLGENCORP, INC., et al., Defendants. | § § § | |

| DEBRA PRICE, | § | |
| --- | --- | --- |
| Plaintiff, | § § § § | No. 2:10-cv-00373-GCS-EPD |
| v. | § § | |
| DOLGENCORP, INC., et al., Defendants. | § § § | |

| | | |
|---|---|---|
| ROGER KENNARD,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　Defendants. | § § § § § § § § § § | No. 2:10-cv-00379-GCS-EPD |
| VICTORIA COX,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　Defendants. | § § § § § § § § § § | No. 2:10-cv-00407-GCS-EPD |
| MINDY PODKIN,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　Defendants. | § § § § § § § § § § | No. 2:10-cv-00408-GCS-EPD |
| PATRICIA PICKETTS,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　Defendants. | § § § § § § § § § § | No. 2:10-cv-00454-GCS-EPD |

| | | |
|---|---|---|
| KELLY FAGIN,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | §§§§§§§§§§ | No. 2:10-cv-00456-GCS-EPD |
| DEANNE BENDER,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | §§§§§§§§§§ | No. 2:10-cv-00457-GCS-EPD |
| DELORIS WHITTAKER,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | §§§§§§§§§§ | No. 3:10-cv-00161-GCS-EPD |
| LINDA SCHWABEROW,<br>           Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>           Defendants. | §§§§§§§§§§ | No. 3:10-cv-00162-GCS-EPD |

| | | |
|---|---|---|
| BETHANY JORDAN,<br>　　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　　Defendants. | § § § § § § § § § § | **No. 3:10-cv-00163-GCS-EPD** |
| AMY HERBST,<br>　　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　　Defendants. | § § § § § § § § § § | **No. 3:10-cv-00164-GCS-EPD** |
| REGINA NICHELL-HENSLEY,<br>　　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　　Defendants. | § § § § § § § § § § | **No. 3:10-cv-00165-GCS-EPD** |
| BRENDA LEHMAN-HARTLEY,<br>　　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　　Defendants. | § § § § § § § § § § | **No. 3:10-cv-00166-GCS-EPD** |

| | |
|---|---|
| BRENDA DRIVER,<br>　　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　　Defendants. | §<br>§<br>§<br>§　No. 3:10-cv-00167-GCS-EPD<br>§<br>§<br>§<br>§<br>§ |
| SHEIA SCHROL-SUTTON,<br>　　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., et al.,<br>　　　　　Defendants. | §<br>§<br>§<br>§　No. 3:10-cv-00168-GCS-EPD<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day the Court considered the Joint Motion for Order Approving Individual Settlements made by and between Plaintiffs James Carter, Pamela Rox-Ladrigan, Bonnie Cockrell, Brandon Johns, William Johns, Richard Bayus, Kenneth Purdy, John Mangia, Cynde Fannin, Joseph Highfill, Lori Kelley, Arica Price, Dennis Koehler, Cheryl Biss, Teresa Burgess, Teresa Alloway, Kristie Wagner, Anthony Reda, Debra Price, Roger Kennard, Victoria Cox, Mindy Podkin, Patricia Picketts, Kelly Fagin, Deanne Bender, Deloris Whittaker, Linda Schwaberow, Bethany Jordan, Amy Herbst, Regina Nichell-Hensley, Brenda Lehman-Hartley, Brenda Driver, and Sheia Schrol-Sutton ("Plaintiffs") and Dolgencorp, Inc. ("Defendant" or "Dollar General") (collectively referred to herein as "Parties"). The Court finds that the Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion for Order Approving Individual Settlements is hereby GRANTED. The Court hereby APPROVES the individual settlements reached by the Parties in each of in these individual matters.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs' individual causes of action in the above-styled and numbered individual causes against Defendants are hereby dismissed with prejudice to the refiling of same, and that each party is to bear its own costs of Court.

Done this 4 day of June, 2012.

*George C. Smith*
George C. Smith, Judge
United States District Court